United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10991-mdc
Claudia Patricia Roemer                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2                Date Rcvd: Mar 04, 2019
                              Form ID: 309A           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db          +Claudia Patricia Roemer,   1510 Silverbank Lane,   West Chester, PA 19380-1504
tr          +MICHAEL H KALINER,   Michael H. Kaliner Trustee,   350 South Main Street,   Suite 105,
              Doylestown, PA 18901-4872
14274938    +Farmers Insurance Group,   956 E. Baltimore Pike,   Kennett Square, PA 19348-1800
14274941     Nemours Children's Health System,   P.O. Box 740198,   Atlanta, GA 30374-0198
14274942    +Paul M. Roemer,   5007 Foothills Road,   Apt. G,   Lake Oswego, OR 97034-4101
14274944    +Paul Roemer,   5007 Foothills Road,   Apartment G,   Lake Oswego, OR 97034-4101
14274945    +Paul Roemer,   5007 Foothills Road,   Apt. G,   Lake Oswego, OR 97034-4101
14274943    +Paul Roemer,   5007 Foothills Road,   Lake Oswego, OR 97034-4142
14274946    +Pay Pal Credit,   P.O. Box 5018,   Timonium, MD 21094-5018
14274947     Reserve at chestnut Ridge,   c/o Associa Mid-Atlantic,   P.O. Box 60005,
              Newark, NJ 07101-8052
14274948    +Robert J. Wilson, Esquire,   WILSON LAW FIRM,   2 S. Orange Street,   Media, PA 19063-2619
14274950    +Select Portfolio Svcin,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
14274951    +Township of West Bradford,   P.O. Box 48139,   Newark, NJ 07101-8339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: rholber@holber.com Mar 05 2019 02:30:35      ROBERT H. HOLBER,
              Attorney Robert H. Holber PC,   41 East Front Street,   Media, PA  19063
smg          E-mail/Text: megan.harper@phila.gov Mar 05 2019 02:31:26      City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2019 02:31:03
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 05 2019 02:31:14      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 05 2019 02:31:07      United States Trustee,
              Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14274936    +EDI: AMEREXPR.COM Mar 05 2019 07:28:00      American Express,   P.O. Box 297871,
              Fort Lauderdale, FL 33329-7871
14274937    +EDI: CCS.COM Mar 05 2019 07:28:00      Credit Collection Services,   725 Canton Street,
              Norwood, MA 02062-2679
14274939     E-mail/Text: creditsolutiongroup@fmfcu.org Mar 05 2019 02:30:39      Franklin Mint Fcu Il,
              5 Hillman Dr Ste 100,   Chadds Ford, PA 19317
14274940    +EDI: CBSKOHLS.COM Mar 05 2019 07:28:00      Kohls/capone,   P.O. Box 3115,
              Milwaukee, WI 53201-3115
14274940    +E-mail/Text: bncnotices@becket-lee.com Mar 05 2019 02:30:45      Kohls/capone,   P.O. Box 3115,
              Milwaukee, WI 53201-3115
14274949    +EDI: DRIV.COM Mar 05 2019 07:28:00      Santander Consumer Usa,   P.O. Box 961245,
              Fort Worth, TX 76161-0244
14274952    +E-mail/Text: bankruptcydepartment@tsico.com Mar 05 2019 02:31:32      Transworld Systems, Inc.,
              500 Virginia Drive,   Ste 514,   Fort Washington, PA 19034-2707
                                                                                             TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Lisa                 Page 2 of 2                   Date Rcvd: Mar 04, 2019
                              Form ID: 309A              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
        MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
         GIFM Holdings Trust bkgroup@kmllawgroup.com
        ROBERT H. HOLBER    on behalf of Debtor Claudia Patricia Roemer rholber@holber.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Claudia Patricia Roemer**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–4887**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **7**  **2/18/19** |
| Case number: | **19–10991–mdc** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Claudia Patricia Roemer | |
| 2. | **All other names used in the last 8 years** | aka Claudia P. Roemer, aka Claudia Roemer, dba Ceiba Baskets & Gift | |
| 3. | **Address** | 1510 Silverbank Lane<br>West Chester, PA 19380 | |
| 4. | **Debtor's attorney**<br>Name and address | ROBERT H. HOLBER<br>Attorney Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br>Email:  rholber@holber.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone 215–230–4250<br>Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 3/4/19 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 5, 2019 at 10:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **601 West Town Road, West Chester, PA 19380** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/4/19** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                                page **2**