# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| CLAUDIA PATRICIA ROEMER, | : | Case No. 19-10991 (MDC) |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the foregoing notice and motion of Franklin Mint Federal Credit Union for an order vacating the automatic stay pursuant to 11 U.S.C. § 362(d) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and a waiver of the fourteen (14) day stay of such an order pursuant to Bankruptcy Rule 4001(a)(3) to be served on this 15th day of March, 2019 via the CM/ECF System of the Bankruptcy Court upon the following parties in interest

Robert H. Holber, Esquire
41 East Front Street
Media, PA 19063

Michael H. Kaliner, Esquire
350 South Main Street
Suite 105
Doylestown, PA 18901

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the foregoing Notice of Motion to be served on this 15th day of March, 2019 via U.S. Mail, postage prepaid, upon all parties listed below:

Claudia Patricia Roemer
1510 Silverbank Lane
West Chester, PA 19380

PHIL1 7716158v.1

KLEHR | HARRISON | HARVEY| BRANZBURG LLP

By: */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393