**Fill in this information to identify your case:**

Debtor 1  **Claudia**   **Patricia**   **Roemer**
         First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **19-10991**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** _____ | | | |

Priority Creditor's Name
Number     Street
_____
_____
City         State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page 1

Debtor 1   **Claudia Patricia Roemer**                                    Case number (if known)   **19-10991**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**                                                                                                                                           **$8,930.00**

**American Express**                          Last 4 digits of account number   **3  0  8  3**
Nonpriority Creditor's Name                   When was the debt incurred?   **01/1994**
**P.O. Box 297871**
Number      Street                            As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed
**Fort Lauderdale**       **FL**   **33329**
City                      State   ZIP Code    **Type of NONPRIORITY unsecured claim:**
Who incurred the debt?    Check one.           ☐ Student loans
☒ Debtor 1 only                                ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                  that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another     ☒ Other. Specify
☐ Check if this claim is for a community debt    **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**4.2**                                                                                                                                           **Unknown**

**Children's National Medical Associates**    Last 4 digits of account number   **4  8  2  3**
Nonpriority Creditor's Name                   When was the debt incurred?
**111 Michigan Avenue, N.W.**
Number      Street                            As of the date you file, the claim is: Check all that apply.
                                              ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed
**Washington**            **DC**   **20010**
City                      State   ZIP Code    **Type of NONPRIORITY unsecured claim:**
Who incurred the debt?    Check one.           ☐ Student loans
☒ Debtor 1 only                                ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                  that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another     ☒ Other. Specify
☐ Check if this claim is for a community debt    **Medical bill**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor 1    **Claudia Patricia Roemer**    Case number (if known)    **19-10991**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.3

**$916.83**

**Farmers Insurance Group**
Nonpriority Creditor's Name
**956 E. Baltimore Pike**
Number    Street
**Kennett Square, PA**

City    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Account balance**

### 4.4

**$11,470.00**

**Franklin Mint Fcu ll**
Nonpriority Creditor's Name
**5 Hillman Dr Ste 100**
Number    Street

**Chadds Ford    PA    19317**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 3 0 0 6
**When was the debt incurred?** **10/2006**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Check Credit or Line of Credit**

### 4.5

**$207.96**

**Franklin Mint Fcu ll**
Nonpriority Creditor's Name
**5 Hillman Dr Ste 100**
Number    Street

**Chadds Ford    PA    19317**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
**Check Credit or Line of Credit**

Debtor 1  **Claudia Patricia Roemer**   Case number (if known)  **19-10991**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.6

**$1,661.00**

**Kohls/capone**
Nonpriority Creditor's Name
**P.O. Box 3115**
Number    Street

**Milwaukee    WI    53201**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  **8  7  6  1**
When was the debt incurred?  **08/2007**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Charge Account**

### 4.7

**$2,177.03**

**MedStar Physicians**
Nonpriority Creditor's Name
**Billing Services**
Number    Street
**P.O. Box 1425**

**Bangor    ME    04402-1425**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __  __  __  __
When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Medical bill**

### 4.8

**$11,533.41**

**Mr. & Mrs. Anthony Piraino**
Nonpriority Creditor's Name
**P.O. Box 3193**
Number    Street

**Margate City    NJ    08402**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] **At least one of the debtors and another**
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __  __  __  __
When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Account balance**

Debtor 1  **Claudia Patricia Roemer**  Case number (if known) **19-10991**

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9 — $3,028.01

**Nemours Children's Health System**
Nonpriority Creditor's Name
**P.O. Box 740198**
Number    Street

**Atlanta    GA    30374-0198**
City           State    ZIP Code

Last 4 digits of account number  **0 9 8 9**
When was the debt incurred?

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Account balance**

### 4.10 — $136.74

**Nemours Children's Health System**
Nonpriority Creditor's Name
**P.O. Box 740198**
Number    Street

**Atlanta    GA    30374-0198**
City           State    ZIP Code

Last 4 digits of account number  **0 4 0 6**
When was the debt incurred?

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Account balance**

### 4.11 — $2,713.34

**Pay Pal Credit**
Nonpriority Creditor's Name
**P.O. Box 5018**
Number    Street

**Timonium    MD    21094**
City              State    ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Account balance**

Debtor 1 **Claudia Patricia Roemer**    Case number (if known) **19-10991**

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.12**    **$1,407.00**

**Reserve at chestnut Ridge**
Nonpriority Creditor's Name
**c/o Associa Mid-Atlantic**
Number    Street
**P.O. Box 60005**

**Newark**    **NJ**    **07101-8052**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **6  0  9  3**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Account balance**

**4.13**    **$388.00**

**Township of West Bradford**
Nonpriority Creditor's Name
**P.O. Box 48139**
Number    Street

**Newark**    **NJ**    **07101-4839**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **4  4  1  1**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Account balance**

Debtor 1  **Claudia Patricia Roemer**  Case number (if known) **19-10991**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Credit Collection Services**
Name
**725 Canton Street**
Number    Street

**Norwood**    **MA**    **02062**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **6** **5** **7** **1**

**Eric S. Goldstein, Esquire**
Name
**NEHMAD PERILLO DAVIS & GOLDSTEIN**
Number    Street
**4030 Ocean Heights Avenue**

**Egg Harbor Township**    **NJ**    **08234**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Transworld Systems, Inc.**
Name
**500 Virginia Drive**
Number    Street
**Ste 514**

**Fort Washington**    **PA**    **19034**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **4** **3** **8** **2**

Debtor 1  **Claudia Patricia Roemer**                               Case number (if known)  **19-10991**

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---:|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6d. | **$0.00** |

|  |  |  | Total claim |
|---|---|---|---:|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $44,569.32 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | **$44,569.32** |