**Fill in this information to identify your case:**

Debtor 1: **Claudia** (First Name) **Patricia** (Middle Name) **Roemer** (Last Name)

Debtor 2 (Spouse, if filing): First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number (if known): **19-10991**

☑ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☐ No
       ☐ Yes

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:* **Your codebtor**  |  *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.1**
**Martha Parra**
Name
**9860 Palace Green Way**
Number  Street

**Vienna**  **VA**  **22181**
City    State   ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.8**
☐ Schedule G, line _____
**Mr. & Mrs. Anthony Piraino**

**3.2**
**Paul M. Roemer**
Name
**5007 Foothills Road**
Number  Street
**Apt. G**

**Lake Oswego**  **OR**  **97034**
City    State    ZIP Code

☑ Schedule D, line  **2.3**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Select Portfolio Svcin**

| Debtor 1 | **Claudia Patricia Roemer** | Case number (if known) | **19-10991** |

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**  *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.3**
**Paul Roemer**
Name
**5007 Foothills Road**
Number    Street

**Lake Oswego**   **OR**   **97034**
City   State   ZIP Code

☑ Schedule D, line **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Franklin Mint Fcu Il**

**3.4**
**Paul Roemer**
Name
**5007 Foothills Road**
Number    Street
**Apartment G**

**Lake Oswego**   **OR**   **97037**
City   State   ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.4**
☐ Schedule G, line _____
**Franklin Mint Fcu Il**

**3.5**
**Paul Roemer**
Name
**5007 Foothills Road**
Number    Street
**Apartment G**

**Lake Oswego**   **OR**   **97037**
City   State   ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.5**
☐ Schedule G, line _____
**Franklin Mint Fcu Il**

**3.6**
**Paul Roemer**
Name
**5007 Foothills Road**
Number    Street
**Apt. G**

**Lake Oswego**   **OR**   **97034**
City   State   ZIP Code

☑ Schedule D, line **2.2**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Santander Consumer Usa**