Amended Matrix
Roemer
19-10991

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329


Children's National Medical Associates
111 Michigan Avenue, N.W.
Washington, DC 20010


Credit Collection Services
725 Canton Street
Norwood, MA 02062


Eric S. Goldstein, Esquire
NEHMAD PERILLO DAVIS & GOLDSTEIN
4030 Ocean Heights Avenue
Egg Harbor Township, NJ 08234


Farmers Insurance Group
956 E. Baltimore Pike
Kennett Square, PA


Franklin Mint Fcu Il
5 Hillman Dr Ste 100
Chadds Ford, PA 19317


Kohls/capone
P.O. Box 3115
Milwaukee, WI 53201


Martha Parra
9860 Palace Green Way
Vienna, VA 22181


MedStar Physicians
Billing Services
P.O. Box 1425
Bangor, ME 04402-1425

Mr. & Mrs. Anthony Piraino
P.O. Box 3193
Margate City, NJ 08402


Nemours Children's Health System
P.O. Box 740198
Atlanta, GA 30374-0198


Paul M. Roemer
5007 Foothills Road
Apt. G
Lake Oswego, OR 97034


Paul Roemer
5007 Foothills Road
Lake Oswego, OR 97034


Paul Roemer
5007 Foothills Road
Apartment G
Lake Oswego, OR 97037


Paul Roemer
5007 Foothills Road
Apt. G
Lake Oswego, OR 97034


Pay Pal Credit
P.O. Box 5018
Timonium, MD 21094


Reserve at chestnut Ridge
c/o Associa Mid-Atlantic
P.O. Box 60005
Newark, NJ 07101-8052


Robert J. Wilson, Esquire
WILSON LAW FIRM
2 S. Orange Street
Media, PA 19063

Santander Consumer Usa
P.O. Box 961245
Fort Worth, TX 76161


Select Portfolio Svcin
10401 Deerwood Park Blvd
Jacksonville, FL 32256


Township of West Bradford
P.O. Box 48139
Newark, NJ 07101-4839


Transworld Systems, Inc.
500 Virginia Drive
Ste 514
Fort Washington, PA 19034