# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| CLAUDIA PATRICIA ROEMER, | : | Case No. 19-10991 (MDC) |
|  | : |  |
| Debtor | : |  |
|  | : |  |

## CERTIFICATE OF NO OBJECTION TO THE
## MOTION OF FRANKLIN MINT FEDERAL CREDIT UNION
## FOR AN ORDER VACATING THE AUTOMATIC STAY  UNDER 11 U.S.C. § 362(d)
## AND RULE 4001(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
## AND A WAIVER OF THE FOURTEEN DAY STAY OF SUCH ORDER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of Franklin Mint Federal Credit Union for an Order Vacating the Automatic Stay Under 11 U.S.C. § 362(d) and a Waiver of the Fourteen Day Stay of Such Order (the "Motion") filed on March 15, 2019 at Docket No. 12 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection, or other responsive pleading to the Motion appears thereon.  It is respectfully requested that the Order attached to the Motion be entered by the Court.

KLEHR | HARRISON | HARVEY| BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393

*Counsel to Franklin Mint Federal Credit Union*

Dated: April 1, 2019