Certificate Number: 03621-PAE-DE-032644509

Bankruptcy Case Number: 19-10991



03621-PAE-DE-032644509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 9, 2019</u>, at <u>4:01</u> o'clock <u>PM EDT</u>, <u>Claudia P Roemer</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 9, 2019</u>                              By:      <u>/s/Bill Sheehan</u>

Name:  <u>Bill Sheehan</u>

Title:   <u>Counselor</u>