# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| CLAUDIA PATRICIA ROEMER, | Case No. 19-10991 (MDC) |
| Debtor | |

## ORDER

AND NOW, this 10th day of April, 2019, upon consideration of the motion of Franklin Mint Federal Credit Union ("FMFCU") for an order vacating the automatic stay pursuant to 11 U.S.C. § 362(d) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and a waiver of the fourteen (14) day stay of such an order pursuant to Bankruptcy Rule 4001(a)(3) (the "Motion"), and any responses or objections filed thereto, it is hereby ORDERED that

1. The Motion is GRANTED;

2. The automatic stay of 11 U.S.C. § 362(a) is vacated to permit FMFCU, or any other assignee or valid holder of the Mortgage[1], to enforce all of its rights and remedies under the loan and security documents and applicable law against the real property known as and located at 1475 Luna Drive, West Bradford Township, Pennsylvania.

3. This order shall survive the conversion, dismissal or termination of this bankruptcy case, and shall be binding upon Claudia Patricia Roemer (the "Debtor") and any trustee presently acting or subsequently appointed to this or any subsequent bankruptcy case filed by the Debtor; and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

PHIL1 7716158v.1

4. This order is not stayed pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) and is effective immediately.

SO ORDERED:

*Magdeline D. C*
HON. MAGDELINE D. COLEMAN
United States Bankruptcy Judge

Interested Parties
Corinne Samler Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Robert H. Holber, Esquire
41 East Front Street
Media, PA 19063

Michael H. Kaliner, Esquire
350 South Main Street
Suite 105
Doylestown, PA 18901

PHIL1 7716158v.1