United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10991-mdc
Claudia Patricia Roemer                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD          Page 1 of 1          Date Rcvd: Apr 15, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
db             +Claudia Patricia Roemer,    1510 Silverbank Lane,    West Chester, PA 19380-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com, nharrison@klehr.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Debtor Claudia Patricia Roemer rholber@holber.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| CLAUDIA PATRICIA ROEMER, | Case No. 19-10991 (MDC) |
| Debtor | |

### ORDER

AND NOW, this 10th day of April, 2019, upon consideration of the motion of Franklin Mint Federal Credit Union ("FMFCU") for an order vacating the automatic stay pursuant to 11 U.S.C. § 362(d) and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure and a waiver of the fourteen (14) day stay of such an order pursuant to Bankruptcy Rule 4001(a)(3) (the "Motion"), and any responses or objections filed thereto, it is hereby ORDERED that

1. The Motion is GRANTED;

2. The automatic stay of 11 U.S.C. § 362(a) is vacated to permit FMFCU, or any other assignee or valid holder of the Mortgage[1], to enforce all of its rights and remedies under the loan and security documents and applicable law against the real property known as and located at 1475 Luna Drive, West Bradford Township, Pennsylvania.

3. This order shall survive the conversion, dismissal or termination of this bankruptcy case, and shall be binding upon Claudia Patricia Roemer (the "Debtor") and any trustee presently acting or subsequently appointed to this or any subsequent bankruptcy case filed by the Debtor; and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

PHIL1 7716158v.1

4. This order is not stayed pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) and is effective immediately.

SO ORDERED:

*Magdeline D. C*
HON. MAGDELINE D. COLEMAN
United States Bankruptcy Judge

Interested Parties
Corinne Samler Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Robert H. Holber, Esquire
41 East Front Street
Media, PA 19063

Michael H. Kaliner, Esquire
350 South Main Street
Suite 105
Doylestown, PA 18901

PHIL1 7716158v.1