United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Claudia Patricia Roemer
    Debtor

Case No. 19-10991-mdc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: May 17, 2019
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
db            +Claudia Patricia Roemer,    1510 Silverbank Lane,    West Chester, PA 19380-1504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
         CORINNE SAMLER BRENNAN     on behalf of Creditor    Franklin Mint Federal Credit Union
          cbrennan@klehr.com,   swenitsky@klehr.com
         MICHAEL H KALINER     mhkaliner@gmail.com,   pa35@ecfcbis.com
         MICHAEL H KALINER     on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,   pa35@ecfcbis.com
         REBECCA ANN SOLARZ     on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
          GIFM Holdings Trust bkgroup@kmllawgroup.com
         ROBERT H. HOLBER     on behalf of Debtor Claudia Patricia Roemer rholber@holber.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD CRAIG     on behalf of Creditor    Santander Consumer USA Inc.
          ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                         TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CLAUDIA PATRICIA ROEMER<br>**Debtor**<br><br>SANTANDER CONSUMER USA INC.<br>**Moving Party**<br><br>v.<br><br>CLAUDIA PATRICIA ROEMER<br>**Respondent**<br><br>MICHAEL H. KALINER<br>**Trustee** | CHAPTER 7<br><br>Case No.: 19-10991 (MDC)<br><br>**Hearing Date: 5-15-19 at 10:30 AM**<br><br>11 U.S.C. 362 |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2011 Toyota Highlander** bearing vehicle identification number 5TDBK3EH3BS080445 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 5/15/19

_____
UNITED STATES BANKRUPTCY JUDGE