UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                        CASE NO.: 19-10991-MDC

Claudia Patricia Roemer                                          CHAPTER 7
aka Claudia P. Roemer
aka Claudia Roemer
dba Ceiba Baskets & Gift,
    Debtor
_____/

## REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE THAT, on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097

RAS CRANE, LLC

By: /s/Lauren B. Karl
    Lauren B. Karl, Esquire
    P.O. Box 305
    Ingomar, PA 15127
    973-575-0707x340
    Email: lkarl@rascrane.com

19-352249 - LaK
ROEMER, CLAUDIA
Request for Service
Page 1