United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10991-mdc
Claudia Patricia Roemer                                                   Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2           Date Rcvd: Jun 14, 2019
                              Form ID: 318             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db           +Claudia Patricia Roemer,    1510 Silverbank Lane,    West Chester, PA 19380-1504
14297261     +Children's National Medical Associates,    111 Michigan Avenue, N.W.,
               Washington, DC 20010-2916
14297263     +Eric S. Goldstein, Esquire,    NEHMAD PERILLO DAVIS & GOLDSTEIN,    4030 Ocean Heights Avenue,
               Egg Harbor Township, NJ 08234-7505
14274938     +Farmers Insurance Group,    956 E. Baltimore Pike,    Kennett Square, PA 19348-1800
14297267     +Martha Parra,   9860 Palace Green Way,    Vienna, VA 22181-6097
14297268      MedStar Physicians,    Billing Services,    P.O. Box 1425,    Bangor, ME 04402-1425
14297269     +Mr. & Mrs. Anthony Piraino,    P.O. Box 3193,    Margate City, NJ 08402-0193
14274941      Nemours Children's Health System,    P.O. Box 740198,    Atlanta, GA 30374-0198
14274942     +Paul M. Roemer,   5007 Foothills Road,    Apt. G,    Lake Oswego, OR 97034-4101
14274944     +Paul Roemer,   5007 Foothills Road,    Apartment G,    Lake Oswego, OR 97034-4101
14274945     +Paul Roemer,   5007 Foothills Road,    Apt. G,    Lake Oswego, OR 97034-4101
14274943     +Paul Roemer,   5007 Foothills Road,    Lake Oswego, OR 97034-4142
14274946     +Pay Pal Credit,   P.O. Box 5018,    Timonium, MD 21094-5018
14331497     +RAS Crane LLC,   Bankruptcy Dept.,    10700 Abbotts Bridge Rd., Ste. 170,
               Duluth, GA 30097-8461
14331498     +RAS Crane LLC,   c/o Lauren B. Karl, Esq.,    PO Box 305,    Ingomar, PA 15127-0305
14274947      Reserve at chestnut Ridge,    c/o Associa Mid-Atlantic,    P.O. Box 60005,
               Newark, NJ 07101-8052
14274948     +Robert J. Wilson, Esquire,    WILSON LAW FIRM,    2 S. Orange Street,    Media, PA 19063-2619
14274950     +Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14274951     +Township of West Bradford,    P.O. Box 48139,    Newark, NJ 07101-8339
14330904     +Wilmington Savings Fund Society,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Jun 15 2019 03:34:20      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2019 03:33:00
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2019 03:33:58      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14274936     +EDI: AMEREXPR.COM Jun 15 2019 07:03:00      American Express,    P.O. Box 297871,
               Fort Lauderdale, FL 33329-7871
14274937     +EDI: CCS.COM Jun 15 2019 07:03:00      Credit Collection Services,    725 Canton Street,
               Norwood, MA 02062-2679
14274939      E-mail/Text: creditsolutiongroup@fmfcu.org Jun 15 2019 03:31:16      Franklin Mint Fcu Il,
               5 Hillman Dr Ste 100,    Chadds Ford, PA 19317
14274940     +E-mail/Text: bncnotices@becket-lee.com Jun 15 2019 03:32:04      Kohls/capone,    P.O. Box 3115,
               Milwaukee, WI 53201-3115
14274949     +EDI: DRIV.COM Jun 15 2019 07:03:00      Santander Consumer Usa,    P.O. Box 961245,
               Fort Worth, TX 76161-0244
14274952     +E-mail/Text: bankruptcydepartment@tsico.com Jun 15 2019 03:34:54      Transworld Systems, Inc.,
               500 Virginia Drive,    Ste 514,   Fort Washington, PA 19034-2707
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14297260*    +American Express,   P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
14297262*    +Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14297265*   ++FRANKLIN MINT FCU SHAWNA JONOVIC,    ATTN CREDIT SOLUTIONS,    5 HILLMAN DRIVE,    SUITE 100,
               CHADDS FORD PA 19317-9752
              (address filed with court: Franklin Mint Fcu Il,     5 Hillman Dr Ste 100,
               Chadds Ford, PA 19317)
14297264*    +Farmers Insurance Group,    956 E. Baltimore Pike,    Kennett Square, PA 19348-1800
14297266*    +Kohls/capone,   P.O. Box 3115,    Milwaukee, WI 53201-3115
14297270*     Nemours Children's Health System,    P.O. Box 740198,    Atlanta, GA 30374-0198
14297271*    +Paul M. Roemer,   5007 Foothills Road,    Apt. G,   Lake Oswego, OR 97034-4101
14297273*    +Paul Roemer,   5007 Foothills Road,    Apartment G,   Lake Oswego, OR 97034-4101
14297272*    +Paul Roemer,   5007 Foothills Road,    Lake Oswego, OR 97034-4142
14297274*    +Paul Roemer,   5007 Foothills Road,    Apt. G,   Lake Oswego, OR 97034-4101
14297275*    +Pay Pal Credit,   P.O. Box 5018,    Timonium, MD 21094-5018
14297276*     Reserve at chestnut Ridge,    c/o Associa Mid-Atlantic,    P.O. Box 60005,
               Newark, NJ 07101-8052
14297277*    +Robert J. Wilson, Esquire,    WILSON LAW FIRM,   2 S. Orange Street,    Media, PA 19063-2619
14297278*    +Santander Consumer Usa,    P.O. Box 961245,   Fort Worth, TX 76161-0244
14297279*    +Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
14297280*    +Township of West Bradford,    P.O. Box 48139,   Newark, NJ 07101-8339
14297281*    +Transworld Systems, Inc.,    500 Virginia Drive,    Ste 514,   Fort Washington, PA 19034-2707
                                                                                           TOTALS: 0, * 17, ## 0

```
District/off: 0313-2          User: admin              Page 2 of 2               Date Rcvd: Jun 14, 2019
                              Form ID: 318             Total Noticed: 29
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
```
          CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
           cbrennan@klehr.com,  swenitsky@klehr.com
          LAUREN BERSCHLER KARL    on behalf of Creditor    Wilmington Savings Fund Society lkarl@rascrane.com
          MICHAEL H KALINER    mhkaliner@gmail.com,  pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,  pa35@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
           GIFM Holdings Trust bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    on behalf of Debtor Claudia Patricia Roemer rholber@holber.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Claudia Patricia Roemer** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–4887** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **19–10991–mdc** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Claudia Patricia Roemer
aka Claudia P. Roemer, aka Claudia Roemer,
dba Ceiba Baskets & Gift

<u>6/13/19</u>

**By the court:** <u>Magdeline D. Coleman</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 **Order of Discharge** page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2